# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

DIANE JONES,
ADC #706096                                                                          PLAINTIFF

V.                                  1:11CV00067 JMM/JTR

LASSITER, Sergeant; and
CHAD E. DAVIS, Disciplinary Court Recorder,
McPherson Unit, Arkansas Department of Correction            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff may PROCEED with her claim that Defendants Lassiter and Davis violated her equal protection rights in connection with her June 2011 disciplinary conviction, and all other claims are DISMISSED, WITHOUT PREJUDICE.

2.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal from this Order would not be taken in good faith.

      3.      The Clerk is directed to prepare a summons for Defendants Lassiter and

Davis, and the U.S. Marshal is directed to serve the summons, Complaint, Amended

Complaint, and this Order on them through the ADC Compliance Division without

prepayment of fees and costs or security therefor.[1]

      Dated this 17th day of October, 2011.

                         _____
                         UNITED STATES DISTRICT JUDGE

---

[1] If either of the Defendants are no longer ADC employees, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.