**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DIANE JONES,
ADC #706096                                                                                              PLAINTIFF

V.                                      1:11CV00067 JMM/JTR

LINDA LASSITER, Sergeant; and
CHAD E. DAVIS, Disciplinary Court Recorder,
McPherson Unit, Arkansas Department of Correction                         DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered on this day, this case is dismissed without prejudice and Judgment is entered in favor of Defendants. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 8th day of November, 2012.

_____
James M. Moody
United States District Judge